UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES MOORE,

    Plaintiff,

v.

CHRYSTAL BROWN, *et al.*,

    Defendants.
_____/

Case No. 23-cv-11298
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Orders entered on this day and on June 3, 2024,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

                KINIKIA ESSIX
                CLERK OF COURT

                By:   s/Holly A. Ryan
                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 10, 2025
Detroit, Michigan